# EXHIBIT B-2

# AMENDMENT NUMBER ELEVEN
# TO THE
# I.A.T.S.E. ANNUITY PLAN
**(Revised and Restated as of January 1, 2014)**

**WHEREAS**, Section 8.12 of the I.A.T.S.E. Annuity Plan (the "Plan") provides that the Trustees may amend the Plan at any time;

**WHEREAS,** the Board wishes to amend the Plan provisions for payment of a death benefit in the absence of a designated beneficiary to the Participant's surviving grandchild(ren) before payment to a surviving parent and to the Participant's surviving sibling(s) when there is no surviving spouse, child, grandchild or parent (before payment to the estate).

**NOW, THEREFORE**, the Plan, most recently restated as of January 1, 2014, is hereby amended by revising the second paragraph of Section 8.08 to read as follows effective as of January 1, 2022, with respect to deaths on and after January 1, 2022 (revised language underlined):

> When there is more than one person within the classes hereinafter designated entitled to the benefits as herein provided, such benefits shall be shared by such persons in equal amounts. If no Beneficiary has been designated or no Beneficiary has survived the Participant or Annuitant, or if the designated Beneficiary survives the Participant or Annuitant but dies prior to receiving the full or remaining amount of the Account Balance, distribution shall be made in the order of priority specified, to the person or persons falling within the following named classes <u>(if living at the time payment is made)</u>: first, the surviving Spouse of the Participant or Annuitant; second, the surviving child or children (natural or legally adopted) of the Participant or Annuitant; ~~and~~ third, <u>the surviving grandchild or grandchildren of the Participant or Annuitant; fourth, the</u> surviving parent or parents of the Participant or Annuitant<u>; and fifth, the surviving sibling or siblings of the Participant or Annuitant</u>. If no Spouse, children,<u> grandchildren,</u> ~~or~~ parents, <u>or siblings</u> survive the Participant or Annuitant, distribution shall be made to the deceased Participant's or Annuitant's executor or administrator.

By signing below, the Co-Chairs of the Board of Trustees hereby signify that this Amendment was adopted as authorized at the Board's regularly scheduled meeting held on January 13, 2022.

UNION TRUSTEE, CO-CHAIR

*Matthew D. Loeb*
Matthew D. Loeb

1/18/2022
_____
Date

EMPLOYER TRUSTEE, CO-CHAIR

*[signature]*
Christopher Brockmeyer

1/18/2022
_____
Date

SL-357559.2

1