# Kasell Law Firm

September 29, 2023

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Ka-Lai Wong v. I.A.T.S.E.*, 23 Civ. 7629 (PAE)

Judge Engelmayer:

After meeting and conferring, counsel for both parties respectfully submit this letter motion to adjourn the initial pretrial conference *sine die.* It is currently scheduled for October 4, 2023, at 4 p.m., and is to be held telephonically (CM/ECF No. 3).

Pursuant to the Court's recent order (CM/ECF No. 17), Plaintiff has until October 17, 2023, to file an amended complaint and Defendant has until October 31, 2023, to respond to the amended complaint. If Defendant answers the amended complaint, Plaintiff will so inform the Court and request the Court schedule another initial conference. If Defendant moves to dismiss, the parties respectfully request that the Court schedule the initial conference after the Court's decision on the motion.

Respectfully,

*/s/ David Kasell*
David Kasell

Dated: September 29, 2023
New York, New York

Granted. The IPTC scheduled for October 4, 2023 is
adjourned.

SO ORDERED.

*Paul A. Engelmy*

PAUL A. ENGELMAYER
United States District Judge

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668