**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KA-LAI WONG,

                Plaintiff,
    -against-                                                                     23 **CIVIL** 7629 (PAE)

## JUDGMENT

I.A.T.S.E., as Plan Administrator of the I.A.T.S.E.
Annuity and Pension Funds,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 1, 2024, the Court has granted the Fund's motion to dismiss Wong's SAC with prejudice. Judgment is entered in favor of the Fund; accordingly, the case is closed.

**Dated:** New York, New York

       March 4, 2024

                                                                   **RUBY J. KRAJICK**
                                                                    _____
                                                                        **Clerk of Court**

                                  **BY:**             *K. Mango*

                                                                     _____
                                                                         **Deputy Clerk**